B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Florida

In re **International Oil Trading Company, LLC**        Case No. **15-21596-EPK**
    Debtor(s)        Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                $
   Prior to the filing of this statement I have received      $
   Balance Due                                                $ **SEE ATTACHED EXHIBIT A**

2. The source of the compensation paid to me was:

   ☐ Debtor    ☐ Other (specify): **SEE ATTACHED EXHIBIT A**

3. The source of compensation to be paid to me is: **SEE ATTACHED EXHIBIT A**

   ☐ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **SEE ATTACHED EXHIBIT A**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service: **SEE ATTACHED EXHIBIT A**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 17, 2016**        **/s/ Charles W. Throckmorton**
*Date*                     **Charles W. Throckmorton 286192**
                           *Signature of Attorney*
                           **Kozyak Tropin & Throckmorton, LLP**
                           **2525 Ponce de Leon Blvd., 9th Floor**
                           **Miami, FL 33134**
                           **305-372-1800 Fax: 305-372-3508**
                           **cwt@kttlaw.com**
                           *Name of law firm*

---

**EXHIBIT A**

I and my firm, Kozyak Tropin & Throckmorton, LLP (collectively "KTT") performed no services in contemplation of, or in connection with, this case prior to the filing of the involuntary petition on June 26, 2015.

Since June 26, 2015, KTT has represented the Debtor in connection this case, to-wit, all aspects of this involuntary bankruptcy case, including extensive discovery and motion practice (including summary judgment proceedings) and, since the entry of the order for relief, in connection with issues of abstention (now withdrawn) and conversion to chapter 11.

The Debtor has not paid KTT for any of these services. KTT's understanding and agreement is that affiliates of Harry Sargeant III and/or Mustafa Abu-Naba'a will pay KTT for any services rendered in connection with this case.

For the period of June 26, 2015 through July 31, 2016, KTT has billed the sum of $ 521,020.00 for services performed in connection with this case.

For this same period, KTT has received the following fee payments for services performed in connection with this case from the following sources:

11/10/15:    $ 85,325.00    from International Oil Co., Ltd. [1]

6/15/16:    $ 98,859.83    from BTB Refining, LLC

---

[1] Total amount of transfer was $292,192.72, but only $85,325.00 in fees had been incurred in connection with this case at the time of this payment.